# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYE LASER CARE CENTER, LLC, et al.,<br><br>                                    Plaintiffs,<br>       vs.<br>MDTV MEDICAL NEWS NOW INC., and PAUL ARGEN<br><br>                Defendants/Counterclaimants. | CASE NO. 03cv371-BEN (AJB)<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**<br>**[Doc. No. 257]** |

Plaintiff Stephen Weinstock, M.D., has moved for partial summary judgment against defendant MDTV Medical News Now, Inc. ("MDTV") and defendant Paul Argen on Count 10 (fraud) and Count 12 (breach of contract) of Plaintiffs' Complaint. Defendants MDTV and Argen oppose the motion. The motion is Denied.

The background facts have been set forth in prior Orders of this Court and need no repeating here. *See e.g.*, Order Denying Motion for Summary Judgment (filed Jan. 25, 2007). Likewise, the legal standards applicable to considerations of summary judgment motions are familiar and have been set forth in prior Orders of this Court. The legal standards need not be repeated here except to note that the existence of a genuine issue of material fact will require the denial of a motion for summary judgment. Fed.R.Civ.P. 56(c).

In this case, Weinstock hired MDTV and Argen to create advertising for his medical practice.

In the process, Weinstock claims MDTV and Argen defrauded him by misrepresenting the quality and quantity of advertising that would be created and by breaching in various respects the resulting contract for services. Weinstock supports his motion for summary judgment on the fraud and contract claims primarily with his own declaration as to the facts. Were there no opposition, the motion would be granted. However, MDTV and Argen have opposed the motion and submitted declarations that create genuine issues of fact on a number of material questions. *See* MDTV Medical News Now Inc.'s Notice of Lodgment of Exhibits 1-10 (filed Mar. 9, 2007). For example, Argen's declaration states that he is the Chief Executive Officer of MDTV and that he was involved in the contract relationship with Weinstock. *Id.* at Exhibit 4, pp. 39-42. Argen disputes Weinstock's claims and states that MDTV provided adequate television studios to produce the MDTV show and owned the post-production facilities, and produced a "network quality" television show featuring Weinstock as a guest medical expert. *Id.* These are material facts which are genuinely contested. *Id.; see also* Declaration of James Walsh, Producer of MDTV Medical News Now, Exhibit 6, pp. 50-53. MDTV also points to Weinstock's deposition wherein Weinstock concedes that LASIK patient load dropped rapidly (from approximately 150 patients a month to 70 or 80) once the MDTV show stopped airing. *Id.* at Exhibit 5, p. 46. In short, the contract and fraud dispute that is encompassed in Weinstock's Count 10 and 12 of the original Complaint against MDTV, is a genuine dispute in which the issues of fact that must be resolved by a jury.

Therefore, Weinstock's renewed motion for summary judgment against MDTV on count 10 (fraud) and Count 12 (breach of contract) is hereby, Denied.

**IT IS SO ORDERED**.

DATED: August 6, 2007

_____
Hon. Roger T. Benitez
United States District Judge