# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYE LASER CARE CENTER, LLC, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>MDTV MEDICAL NEWS NOW INC., and PAUL ARGEN<br><br>　　　　　　　Defendants/Counterclaimants. | CASE NO. 03cv371-BEN (AJB)<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**<br>**[Doc. No. 253]** |

　　　MDTV Medical News Now, Inc. ("MDTV") has moved for summary judgment against purported third-party defendant, Stephen Weinstock . The motion is Denied.

　　　This is a four-year old case that began with seven plaintiffs and two defendants. The seven plaintiffs launched 29 state law claims and one federal R.I.C.O. claim against the two defendants. The two defendants then responded with six state law counterclaims of their own against the seven plaintiffs. Following that, one of the two defendants, MDTV, then fired off seven additional third-party state law claims against six new third-party defendants. Since that time motions to dismiss have been granted, stipulated dismissal have been entered, and summary judgments have been entered, leaving the state of the case somewhat confusing.

　　　Now, MDTV has moved "...for partial summary judgment as to Third Party Defendant Stephen Weinstock." *See*, MDTV Medical News Now Inc.'s Motion and Notice of Motion for

1 | Partial Summary Judgment as to Stephen Weinstock, at 2 (filed Feb.14, 2007).  In opposition,
2 | Weinstock correctly points out that he is not named as a defendant in MDTV's First Amended
3 | Third-Party Complaint.  Therefore, the motion is Denied as without merit.
4 | **IT IS SO ORDERED**.

6 | DATED:  August 6, 2007

Hon. Roger T. Benitez
United States District Judge